**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN MCDONALD | : | DOCKET NO. 3:24-CV-1859 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF EMERGENCY | : | |
| SERVICES AND PUBLIC PROTECTION, | : | |
| ROBERT DERRY, ADAM ROSENBERG, | : | |
| JACK GONCALVES, BRIAN FOLEY, | : | |
| JAMES ROVELLA, STAVROS | : | |
| MELLEKAS and JASON ST. JOHN | : | |
| *Defendants* | : | November 25, 2024 |

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

1.     The above-captioned action was commenced in the Judicial District of Middlesex, entitled *John McDonald v. State of Connecticut Department of Emergency Services and Public Protection, et al*,  bearing a return date of November 19, 2024.

2.     The undersigned filed her appearance on behalf of defendants Derry, Goncalves, Foley, Rovella, Mellekas and St. John (hereinafter, "Defendants") in the state court matter on November 21, 2024.  The undersigned has also appeared on behalf of the defendant State of Connecticut Department of Emergency Services and Public Protection.

3.     Defendants were served between October 24, 2024 and November 5, 2024.  The defendant State of Connecticut Department of Emergency Services and Public Protection was served on October 24, 2024.

4.     The Complaint contains sixteen counts.  Seven of those counts allege a violation of federal law, 42 U.S.C. § 1983, against Defendants.

5.      Specifically, Plaintiff claims "abuse of process" against all defendants (Count One), "malicious prosecution" (Count Two), that defendants Derry, Goncalves, Rosenberg, Mellekas, Foley, Rovella, and St. John violated 42 U.S.C. § 1983 (Counts Three through Nine), "constructive fraud" against all defendants (Count Ten), defamation against all defendants (Count Eleven), fraud against all defendants (Count Twelve), intentional infliction of emotional distress against all defendants (Count Thirteen), invasion of privacy against all defendants (Count Fourteen), negligent infliction of emotional distress against all defendants (Count Fifteen), and negligence against all defendants (Count Sixteen).

6.      AAG Nancy Brouillet, counsel for the defendant Adam Rosenberg, consents to the removal of this action.

7.      Defendant State of Connecticut Department of Emergency Services and Public Protection consents to the removal of this action.

8.      In his Prayer for Relief, Plaintiff seeks money damages, punitive damages, attorney fees and costs, and such other relief as the Court deems appropriate against Defendants.  As to the defendant Department of Emergency Services and Public Protection, Plaintiff seeks "injunctive relief in the form of a removal of the plaintiff's decertification and correction of his personnel file and records to remove any reference to the computer crimes investigation or any findings of dishonesty or wrongful actions as an employee of the agency defendant."

9.      Because the Complaint involves federal questions founded on claims or rights arising under the U.S. Constitution, treaties or laws of the United States, over which the district courts have original jurisdiction, this matter is removable pursuant to Title 28 U.S.C. § 1441(a) through (c).

10.     Defendants file herewith a copy of the Complaint which was served upon them.

2

**WHEREFORE**, pursuant to Title 28 U.S.C. § 1446, Defendants Derry, Goncalves, Foley, Rovella, Mellekas and St. John respectfully request that the above-referenced action now pending in the Superior Court of Connecticut, Judicial District of Hartford, be removed to the United States District Court for the District of Connecticut for all future proceedings.

DEFENDANTS

ROBERT DERRY *(in his Official and Individual Capacities),* JACK GONCALVES *(in his Official and Individual Capacities)*, BRIAN FOLEY *(in his Official and Individual Capacities)* JAMES ROVELLA *(in his Official and Individual Capacities)* STAVROS MELLEKAS *(in his Official and Individual Capacities), and* JASON ST. JOHN *(in his Official and Individual Capacities)*

WILLIAM TONG
ATTORNEY GENERAL


By:    */s/ Laura Vitale*
       Laura E. Vitale (Fed. Juris No. ct29345)
       Assistant Attorney General
       165 Capitol Avenue, Suite 5000
       Hartford, CT  06106
       Tel.:  (860) 808-5340
       Fax:  (860) 808-5383
       Email: Laura.Vitale@ct.gov

## **CERTIFICATION**

I hereby certify that on November 25, 2024, a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Laura Vitale*
Laura E. Vitale (#29345)
Assistant Attorney General