UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN MCDONALD<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT,<br>DEPARTMENT OF EMERGENCY<br>SERVICESAND PUBLIC PROTECTION,<br>ROBERT DERRY, JACK GONCALVES,<br>ADAM ROSENBERG, BRIAN FOLEY,<br>JAMES ROVELLA, JASON ST. JOHN,<br>STAVROS MELLEKAS<br>*Defendants* | : | CIVIL ACTION No. 3:24-cv-01859<br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 25, 2024 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the Defendant, Adam Rosenberg, (in his individual capacity only), in the above-captioned matter.

Dated at Hartford, Connecticut this 25th day of November, 2024.

DEFENDANT,

WILLIAM TONG
ATTORNEY GENERAL

BY: _*/s/ Nancy A. Brouillet*_____________

Nancy A. Brouillet
Assistant Attorney General
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel: (860) 808-5340
Fax.: (860) 808-5383
Federal Bar No. ct03138
Email: Nancy.Brouillet@ct.gov

**CERTIFICATION**

I hereby certify that on November 25, 2024, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ *Nancy A. Brouillet*_______
Nancy A. Brouillet (#ct03138)
Assistant Attorney General